UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

    Plaintiff(s),

    v.

PARTICLE MEASURING SYSTEMS, INC., et al.,

    Defendant(s).
_____/

No. C 09-1388 PJH

**ORDER**

    Before the court are the status statements of each party advising that the reexamination proceedings have concluded with the denial of plaintiff's petition for certiorari.  However, neither party requested that the stay in this case be lifted so that the case can be concluded.  Accordingly, the parties shall advise the court within 30 days of their preference for resolving the case.  The court would suggest that perhaps a case management conference would be the appropriate next step, but will defer scheduling such a conference until review of the parties' responses to this order.

    **IT IS SO ORDERED.**

Dated: November 16, 2012

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge