UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

    Plaintiff(s),

    v.

PARTICLE MEASURING SYSTEMS, INC.,

    Defendant(s).
_____/

No. C 09-1388 PJH

**ORDER GRANTING STIPULATION FOR ADDITIONAL STAY**

On January 31, 2014, the parties in the above-captioned case filed a stipulation for an additional stay, requesting that the stay in this case be extended until July 31, 2014. The stipulation is GRANTED, and the case shall remain stayed until July 31, 2014. If at that time, the parties wish a further stay, they may submit a stipulation to that effect, as long as any further stay has an end date. If the parties do not wish a further stay beyond July 31, 2014, they shall appear at a case management conference on August 14, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge