James A. Jablonski (Cal. Bar No. 043839)
LAW OFFICE OF JAMES A. JABLONSKI
1801 Broadway, Suite 1100
Denver, CO 80202
Telephone:  303-292-0110
Facsimile:   303-292-0522

Attorney for Defendant
Particle Measuring Systems, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PARTICLE MEASURING SYSTEMS, INC.,<br><br>                    Defendant | Case No.: 3:09-01388 PJH<br>Judge Phyllis J Hamilton<br><br>**STIPULATION FOR ADDITIONAL STAY**<br> **AND ORDER**<br><br>Date:<br>Time:.<br>Ctrm:   **3** |

   The parties hereby submit this Stipulation for Additional Stay as follows:

1. This Court issued a Stay in the case until July 31, 2014 on the ground that other similar patent cases brought by Dr. Yufa were further advanced and that the Court and the Parties could benefit from resolution of similar issues in those cases.  Doc. 68.

2. The three sister cases referenced have in fact been the subject of additional action, including in one, the granting of summary judgment in favor of Lockheed Martin. Dr. Yufa has filed an appeal in the US Court of Appeals for the Federal Circuit (#2014-1256).

3.  In Yufa v Hach Ultra, 09-cv-3022, D. Oregon, (Doc. 105) there has been a ruling granting summary judgment for defendant on the grounds of issue preclusion, Yufa being essentially bound by results in other cases.  Dr. Yufa filed a Notice of Appeal.

4. In Yufa v. TSI Inc. 09-01315, N.D. Cal (Doc. 176) there has been summary judgment for defendant on the ground of non infringement. Dr. Yufa filed an Appeal (#2014-1539).

5. In Yufa v. Lighthouse Worldwide Solutions, the Defendant's Motion For Summary Judgment was denied. (Doc. 104)

6. Dr. Yufa is seeking to overturn or have those rulings modified. Defendant Particle Measuring Systems is willing to wait another four months. At that time it will seek to pursue an immediate summary judgment on the same basis granted elsewhere. Dr. Yufa will oppose any summary judgment of Particle Measuring System, Inc.

7. For the reasons stated the parties stipulate to the entry of an additional stay until December 31, 2014.

8. A case management conference will be held on January 22, 2015 at 2:00 p.m.

Respectfully submitted,

DATED: July 17, 2014

LAW OFFICE OF JAMES A. JABLONSKI

By: /s James A. Jablonski
James A. Jablonski
Attorney for Defendant
Particle Measuring Systems, Inc.

**July 17,2014**                    By: /s Alexsandr Yufa

7/21/14                             -------------------------------

**Aleksandr L. Yufa Ph. D**

**Plaintiff in Pro Se**

### CERTIFICATE OF SERVICE

I, James A. Jablonski, declare:

2

I am a resident of the State of Colorado and over the age of eighteen year. I am not a party to the within action. My business address is 1801 Broadway, Suite 1100, Denver, CO 80202. On January 31, 2014, I served the within documents:

**STIPULATION FOR ADDITIONAL STAY**

X\_\_\_\_        **By U.S. MAIL:** by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Denver, Colorado, addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____        **BY FACSIMILE:**  transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date. The outgoing facsimile machine telephone number in this office is 303-292-0522.

On the following interested party in this action:

>Aleksandr L. Yufa
>698 Cypress Avenue
>Colton, CA 92324
>Fax: (909) 370-1714

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 17, 2014, at Denver, Colorado.


/s James A. Jablonski
_____
James A. Jablonski

3

DEFENDANT PARTICLE MEASURING SYSTEMS, INC.'S
REPLY TO RESPONSE TO MOTION FOR STAY

CIVIL CASE NO. 3:09-01388 PJH