UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

    Plaintiff,

    v.

PARTICLE MEASURING SYSTEMS, INC.,

    Defendant.

No. C 09-1388 PJH

**ORDER DENYING REQUEST FOR SANCTIONS**

Plaintiff has requested that the court impose sanctions on defendant's counsel, based on the fact that defendant's counsel submitted a document entitled "Unopposed Request to Participate by Telephone," even though counsel had not contacted plaintiff to see if he actually opposed the request. Indeed, defendant's counsel admits that he did not contact plaintiff, and instead "assumed that [he] continued to desire to appear by telephone," as he had in the past.

The court certainly finds defendant's counsel's misrepresentation to be problematic, and cautions counsel that he may not rely on assumptions when characterizing any request as "unopposed." However, counsel's misrepresentation does not warrant sanctions at this time, so plaintiff's request is denied.

**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge