UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

    Plaintiff,

    v.

PARTICLE MEASURING SYSTEMS, INC.,

    Defendant.
_____/

No. C 09-1388 PJH

**ORDER RE STAY**

On February 18, 2015, the court granted defendant's unopposed motion to stay this patent infringement case, based on the possibility of the patents-in-suit being assigned to a receiver and sold at auction in order to satisfy a judgment in another suit involving plaintiff. On April 17, 2015, defendant filed a status statement indicating that the patents may still be assigned to a receiver, and arguing that the stay should be continued. The status statement also indicates that plaintiff is in "agreement with the continuation of the stay." Accordingly, the court finds that the stay should remain in place.

The parties shall file an updated status statement no later than six months from the date of this order, apprising the court as to whether the patents-in-suit have been assigned.

**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge