UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>    Plaintiff,<br><br>    v.<br><br>PARTICLE MEASURING SYSTEMS, INC.,<br><br>    Defendant. | Case No. 09-cv-1388-PJH<br><br>**ORDER RE STAY** |

On February 18, 2015, the court granted defendant's unopposed motion to stay this patent infringement case, based on the possibility of the patents-in-suit being assigned to a receiver and sold at auction in order to satisfy a judgment in another suit involving plaintiff. On April 28, 2015, the court ordered that the stay remain in place, and directed the parties to file a status statement within six months.

Both parties have now filed status statements, with plaintiff representing that a decision has not yet been made on whether the patents in suit should be assigned to a receiver and sold at auction, and thus requesting that the stay remain in place. Defendant agrees with the request. Accordingly, the court finds that the stay should remain in place.

The parties shall file an updated status statement no later than six months from the date of this order, apprising the court as to whether the patents-in-suit have been assigned.

1 **IT IS SO ORDERED.**

2 Dated:  October 28, 2015

3 _____

4 PHYLLIS J. HAMILTON
United States District Judge