UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>      Plaintiff,<br><br>   v.<br><br>PARTICLE MEASURING SYSTEMS, INC.,<br><br>      Defendant. | Case No. 09-cv-1388-PJH<br><br>**ORDER RE STAY** |

On February 28, 2015, the court granted defendant's unopposed motion to stay this patent infringement case, and on October 28, 2015, the court ordered that the stay remain in place, and directed the parties to file a status statement within six months.

Both parties have now filed status statements, with plaintiff representing that there are three pending appeals in cases involving the same patents, and that those three appeals are scheduled to be heard before the Court of Appeals for the Federal Circuit on May 6, 2016. Both parties argue that the stay should remain in place until the appeals are resolved.

The court agrees that the stay should remain in place, and directs the parties to file an updated status statement either six months from the date of this order, or whenever the pending appeals are resolved, whichever is earlier.

**IT IS SO ORDERED.**

Dated:  April 27, 2016

PHYLLIS J. HAMILTON
United States District Judge