UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

    Plaintiff,

    v.

PARTICLE MEASURING SYSTEMS, INC.,

    Defendant.

Case No. 09-cv-01388-PJH

**ORDER CONTINUING STAY**

Re: Dkt. Nos. 99, 100

On February 28, 2015, the court granted defendant's unopposed motion to stay this patent infringement case. Dkt. 90. On April 27, 2016, the court ordered that the stay should remain in place in light of pending appeals before the Federal Circuit involving the same patents. Dkt. 98. The court directed the parties to file a status statement within six months.

Both parties have now filed status statements, with plaintiff representing that the appeal in Yufa v. TSI Incorporated is still pending in the Federal Circuit, and requesting that the stay of this case be continued. Dkt. 99. Defendant agrees that an additional stay is appropriate.

The court agrees that the stay should remain in place, and directs the parties to file an updated status statement either six months from the date of this order, or whenever the pending appeal is resolved, whichever is earlier.

**IT IS SO ORDERED.**

Dated: October 26, 2016

_____

PHYLLIS J. HAMILTON
United States District Judge