UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>    Plaintiff,<br><br>    v.<br><br>PARTICLE MEASURING SYSTEMS, INC.,<br><br>    Defendant. | Case No. 09-cv-01388-PJH<br><br>**ORDER CONTINUING STAY**<br><br>Re: Dkt. Nos. 102, 103 |

On February 18, 2015, the court granted a stay in this case based on the possibility of the patents-in-suit being assigned to a receiver and sold at auction in order to satisfy a judgment in another suit involving plaintiff. Dkt. 90. Since then, the parties have filed status reports every six months seeking to continue the stay; the court has repeatedly ordered the stay to continue as the appointment of a receiver was appealed. Dkt. 92, 95, 98, 101.

On April 7, 2017, pro se plaintiff Alexsandr Yufa filed an updated status statement requesting that the court continue the stay. Dkt. 102. In <u>Yufa v. TSI Incorporated</u>, No. 4:09-cv-1315 KAW, the Federal Circuit has now affirmed the order to appoint a receiver for Yufa's patents. <u>Id.</u> Dkt. 250. However, no assignment has yet taken place. Defendant Particle Measuring Systems, Inc. agrees that an additional stay is appropriate. Dkt. 103.

The court agrees that the stay should remain in place. The parties shall file an updated status statement no later than six months from the date of this order, apprising the court as to whether the patents have been assigned.

**IT IS SO ORDERED.**

Dated: April 14, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge